**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEYOWN PRYOR,**

      **Plaintiff,**        :

                                **Case No. 2:26-cv-623**
  **v.**                        **Chief Judge Sarah D. Morrison**
                                **Magistrate Judge S. Courter M.**
                                **Shimeall**

**NATHAN BURTON,** *et al.,*    :

      **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation recommending that, at this juncture, the matter can proceed on all six counts. (R&R, ECF No. 4.) The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 4). Accordingly, Mr. Pryor can proceed on all six counts of his Complaint.

      **IT IS SO ORDERED.**

                                 /s/ Sarah D. Morrison
                                 **SARAH D. MORRISON, CHIEF JUDGE**
                                 **UNITED STATES DISTRICT COURT**