**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEYOWN PRYOR,** | : | **Case No. 2:26 CV 623** |
| **Plaintiff,** | : | **Judge Morrison** |
| **v.** | : | **Magistrate Judge Shimeall** |
| **NATHAN BURTON, NYASIA JENKINS, et al.,** | : | |
| **Defendants.** | : | |

**STATE OF OHIO, INTERESTED PARTY'S NOTICE**

Please be advised that the Office of the Ohio Attorney General and Defendants Nyasia Jenkins and Nathan Burton will not reach an agreement on representation. As such, the Office of the Ohio Attorney General will not be making an appearance in this matter on behalf of Defendants Nyasia Jenkins and Nathan Burton.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

s/*Marcy Vonderwell*
MARCY VONDERWELL (0078311)*
**Lead Counsel*
DANIEL HUSTON (0042034)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: 614-644-7233/F: 866-521-9902
Marcy.Vonderwell@OhioAGO.gov

Counsel for State of Ohio, Interested Party

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, a copy of ***State of Ohio, Interested Party's Notice*** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy was sent to Nathan Burton and Nyasia Jenkins via US Mail, postage pre-paid at the address on file with the Court for each.

/s/*Marcy Vonderwell*
MARCY VONDERWELL (0078311)
Senior Assistant Attorney General